# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00073-CR

In re Mark Allen Drake

### Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for writ of mandamus filed by Relator, Mark Allen Drake, on February 26, 2026, is DENIED.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED:  March 19, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Petition denied
Do Not Publish
OT06

